NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Karen Logan
1437 Caitlyn Circle
Westlake Village, CA 91361

ATTORNEYS FOR: in pro se

FILED

2009 DEC -7 AM 11:06

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Karen Logan

Plaintiff(s),

v.

US BANK NATIONAL ASSOCIATION AS TRUSTEE,

Defendant(s)

CASE NUMBER

CV09-08950 MMM (PLAx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Karen Logan (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Karen Logan | Plaintiff |
| US BANK NATIONAL ASSOCIATION AS TRUSTEE, | Defendant |

12/07/09
Date

Sign

Karen Logan
Attorney of record for or party appearing in pro per