FILED

Name: KAREN LOGAN

Address: 1437 CAITLYN CIRCLE

WEST LAKE VILLAGE, CA 91361

Phone: 818-665-8272

Fax:

In Pro Per

2009 DEC 15  PM 1:32

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KAREN LOGAN

                                    Plaintiff

          v.

US BANK NATIONAL
ASSOCIATION AS TRUSTEE, DOES 1-10,
Inclusive.          Defendant(s).

CASE NUMBER:

C V09-08950 MMM (PLAX)

PROOF OF SERVICE
SUMMONS & COMPLAINT

Attached  proof of service

| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| KAREN LOGAN<br>1437 CAITLYN CIRCLE<br>Westlake Village, CA 91361<br>*Telephone No:* 818-665-8272 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br> United States District Court | | |
| *Plaintiff:* LOGAN | | |
| *Defendant:* US BANK | | |

| **PROOF OF SERVICE<br>SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV09-08950MMM(PLAX) |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS (AND) COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PARTIES OF ADR PILOT PROGRAM; NOTICE OF INTERESTED PARTIES

3.  a. *Party served:*                                  US BANK NATIONAL ASSOCIATION AS TRUSTEE
    b. *Person served:*                                DAPHNE ERIKSON- AUTHORIZED TO ACCEPT party in item 3.a.

4.  *Address where the party was served:*          5750 Lindero Canyon Rd
                                                    WESTLAKE VILLAGE, CA 91362

5.  *I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
       process for the party (1) on: Thu., Dec. 10, 2009 (2) at: 2:30PM

6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    *on behalf of:*  US BANK NATIONAL ASSOCIATION AS TRUSTEE

7.  *Person Who Served Papers:*                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. D. Peck, C.C.P.S.                    d.  *The Fee for Service was:*     $68.00
    b. **TRI-COUNTY ATTORNEY SERVICE**      e.  I am: (3)  registered California process server
       2219 THOUSAND OAKS BLVD #219                    *(i)*   Owner
       Thousand Oaks, CA 91362                         *(ii)*  *Registration No.:*      79
    c. 805-497-4300, FAX 805-497-4308                  *(iii)* *County:*                Ventura
                                                       *(iv)*  *Expiration Date:*       Tue, Oct. 19, 2010

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* Thu, Dec. 10, 2009

**PROOF OF SERVICE<br>SUMMONS & COMPLAINT**              (D. Peck, C.C.P.S.)              *28725.loga.31699*